UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:02-CR-67-1-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| PAULA JEAN FRETZ, | ) | |
| Defendant. | ) | |

On joint motion of the defendant, Paula Jean Fretz, and the Government, and for good cause shown, it is hereby ORDERED that the defendant's Motion for Downward Departure [DE-12], the Government's Rule 35 Motion [DE-17], and the defendant's Motion to Amend Federal Sentence [DE-19] be SEALED until further notice by this court. This order is grounded on the parties' well-founded concern that the motions contain sensitive, personal information and identifying information which should not be made available to the general public.

Accordingly, it is ORDERED that these documents be filed UNDER SEAL and to remain so sealed until otherwise ordered by the court, except that copies may be provided to the Special Assistant United States Attorney and Counsel for the Defendant.

SO ORDERED.

This, the __5__ day of December, 2011.

_____
James C. Fox
Senior United States District Judge